IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| PATRICK BATES, | : | |
| | : | |
| Plaintiff(s), | : | |
| | : | Case Number: 1:06cv669 |
| vs. | : | |
| | : | District Judge Susan J. Dlott |
| MEDICAL MUTUAL OF OHIO, et. al., | : | |
| | : | |
| Defendant(s). | : | |

ORDER

The Court has reviewed the Report and Recommendations of United States Magistrate

Judge Timothy S. Black filed on May 29, 2007(Doc. 11), to whom this case was referred

pursuant to 28 U.S.C. §636(b), and noting that no objections have been filed thereto and that the

time for filing such objections under Fed. R. Civ. P. 72(b) expired June 18, 2007, hereby

ADOPTS said Report and Recommendations.

Accordingly, Plaintiff's complaint (Doc. 2) is **DISMISSED** for lack of prosecution

pursuant to Fed. R. Civ. P. 41(b).  Defendant IBEW's Motion to Dismiss (Doc. 8) is **DENIED**

**AS MOOT** and this case is **CLOSED.**


IT IS SO ORDERED.



                           ___s/Susan J. Dlott_____

_                             Susan J. Dlott
                              United States District Judge